## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SHELBY LYNN YOUNG, Personal
Administrator of the Estate of ERIC
LANCE YOUNG,

      Plaintiff,

vs.

DORIAN JIMENEZ, Individually and as
President of CLASSIC CHEVROLET N,
LLC, a Texas Limited Liability Company
d/b/a CLASSIC CHEVROLET NW
EXPY,

      Defendants.

Case No. _____

## NOTICE OF REMOVAL

Defendants, Dorian Jimenez and Classic Chevrolet N, LLC d/b/a Classic Chevrolet NW Expy (collectively, "Defendants"), hereby remove this action brought by Plaintiff Shelby Lynn Young as personal administrator of the estate of Eric Lance Young from the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2026-1117 ("State Court Action"), to the United States District Court for the Western District of Oklahoma. Defendants remove this case on the grounds that this Court has original jurisdiction over the claims involving a federal question. Removal is based on 28 U.S.C. §§ 1331and 1441(a) on the following grounds:

**Background**

1.      Plaintiff filed her Petition on February 11, 2026 in the State Court Action. In the Petition, Plaintiff alleges that Defendants have violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §2601, *et seq.* (Ex. 1, Pet. ¶¶ 19–36).

2.      On February 12, 2026, Plaintiff served Defendants with the Petition via certified mail. *See* (Ex. 2, Summons).

3.      This Notice of Removal is timely because Defendants have removed this action within 30 days of service of the Petition. *See* 28 U.S.C. § 1446(b)(2)(B).

4.      Removal to this Court is appropriate because the Petition is pending in the District Court of Oklahoma County, State of Oklahoma, which is located in this Court's jurisdiction.  See 28 U.S.C. §§ 116(c), 1441(a).

**Grounds for Removal**

5.      The Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331. Plaintiff's FMLA claims arise under the laws of the United States, providing the Court federal question jurisdiction.

6.      Therefore, the State Court Action may be removed to this Court by Defendants under 28 U.S.C. § 1441(a).

**Notices Provided to Plaintiff and to the State Court**

7.      Under 28 U.S.C. § 1446(a) and LCvR81.2, the docket sheet and a true and correct copy of all of process, pleadings, and orders served upon Defendant in the State Court Action are attached. (State Court Docket Sheet, attached as Exhibit 3).

8.    In accordance with 28 U.S.C. § 1446(d), Defendants are promptly filing a notice (with a copy of this Notice of Removal attached to it) with the Oklahoma County Court Clerk—the court in which this action was commenced and pending at the time this Notice of Removal was filed with this Court. That filing will be done in the case entitled *Young v. Dorian Jimenez of Classic Chevrolet N, LLC, a Texas Limited Liability Company d/b/a Classic Chevrolet NW Expy*, District Court of Oklahoma County, State of Oklahoma, Case No. CJ–2026-1117. Defendants will promptly serve a notice of filing of removal, with a copy of the notice of removal attached, on Plaintiff. (State Court Notice, attached as Exhibit 4).

## Conclusion

9.    By this notice, Defendants do not waive any objections that they may have as to improper service, jurisdiction, or venue, or any other defenses or objections to this action. Defendants intend no admission of fact, law, or liability by this notice, and reserve all defenses, motions, and pleas. Defendants request that this action be removed to this Court for determination, that all further proceedings in the State Court Action be stayed, and that Defendants obtain all additional relief to which they are entitled.

Defendants respectfully remove the above-captioned action now pending against them in the District Court of Oklahoma County, State of Oklahoma, to this Court.

Respectfully submitted,

*s/ Cameron G. Skinner*

Lori Fixley Winland, OBA #32159
Cameron G. Skinner, OBA #36256
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The Heritage Building
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK  73102
Telephone: (405) 546-3774
Facsimile: (405) 546-3775
lori.winland@ogletree.com
cameron.skinner@ogletree.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kenyatta E. Bethea, OBA #18650
Chanda Graham, OBA #17809
HOLLOWAY BETHEA & OTHERS, PLLC
3035 N.W. 63RD, Suite 102N
Oklahoma City, OK 73116
T: 405.246.0600
F: 405.810.4080
kbethea@hbolaw.com
cgraham@hbolaw.com

*Attorneys for Plaintiff*

*s/ Cameron G. Skinner*
Cameron G. Skinner

5

96177772.v2-OGLETREE